UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

'04 MAR 29 A 11:05

U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Action No.

| | |
|---|---|
| ROBERT M. CABRAL, JR. and THE GIFT BROKERS, INC.[1] Plaintiffs, ) ) ) ) ) | **04 - 30062 - MAP** |
| v. ) ) | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| THE ROBINSON RANSBOTTOM POTTERY COMPANY, INC., JAMES FORTIER, AND ANDREW MATEJA, Defendants ) ) ) ) ) ) ) | FILING FEE PAID: RECEIPT # 305558 AMOUNT $ 150.00 BY DPTY CLK MCL DATE 3/29/04 |

## PARTIES

1. Plaintiff, Robert M. Cabral, Jr. ("Cabral"), is a natural person who resides at 210 Lockes Village Road, Wendell, Massachusetts 01379.

2. Plaintiff, The Gift Brokers, Inc., d/b/a Americraft: The Gift Brokers, Inc., ("Americraft"), is a corporation organized under the laws of the Commonwealth of Massachusetts, with its principal place of business at 210 Lockes Village Road, Wendell, Massachusetts 01379. Cabral is the President of Americraft.

3. Defendant, The Robinson Ransbottom Pottery Company, Inc. ("Ransbottom"), is a corporation organized under the laws of the State of Ohio, with its principal place of business at County Road 32, Roseville, Ohio 43777.

4. Defendant, James Fortier ("Fortier"), is a natural person residing in Ohio who, at the time of the events alleged in this Complaint, was the President of The Robinson Ransbottom Pottery Company, Inc.

5. Defendant, Andrew Mateja ("Mateja"), is a natural person residing in Ohio who, at the time of the events alleged in this Complaint, was the Vice President of Sales and Marketing of The Robinson Ransbottom Pottery Company, Inc.

---

[1] d/b/a Americraft: The Gift Brokers, Inc.

## NATURE OF ACTION

6.  The plaintiffs seek injunctive relief and damages for breach of contract, acts of copyright infringement, unfair methods of competition, and unfair business practices. The action arises under the Copyright Act of 1976, 17 U.S.C. § 101 et seq.; the Lanham Act, 15 U.S.C. § 1125(a); and M.G.L. c. 93A.

## JURISDICTION AND VENUE

7.  This Court has subject matter jurisdiction over this Complaint pursuant to Fed. R. Civ. P. 13, 28 U.S.C. § 1338, and the Copyright Act, 17 U.S.C. § 101 et seq. This court also has subject matter jurisdiction on the independent basis of diversity of citizenship, 28 U.S.C. § 1332(a)(2). The amount in controversy in this action exceeds $75,000.00, exclusive of interest and costs. Additionally, this Court has supplemental jurisdiction over the related state law claim pursuant to 28 U.S.C. §§ 1338(b) and 1367. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(a).

8.  The defendants regularly transact business in this Commonwealth, and have caused injury to the plaintiffs by doing or soliciting business or deriving substantial revenue from goods used or consumed or services rendered in this Commonwealth. This Court, therefore, has personal jurisdiction over the defendants pursuant to M.G.L. c. 223A, § 3. Furthermore, the defendants have sufficient minimum contacts with the Commonwealth such that the exercise of personal jurisdiction would not violate the strictures of constitutional due process.

## FACTUAL BACKGROUND

9.  Cabral, through Americraft, provides product development and sales representative services to the mail order catalog industry.

10. In or around 1994, Americraft and its previous vendor, Lenroc, began purchasing blank stoneware crocks from Ransbottom.

11. Between 1994 and 1996, Lenroc personalized the blank stoneware crocks by sandblasting designs and text onto them, and Americraft created accounts with catalog buyers for the sale of the sandblasted crocks.

12. In 1997, Cabral approached Bobbie Bennett ("Bennett"), Ransbottom's then-marketing manager, and invited Ransbottom to become the new vendor of the stoneware crocks and to take over the sandblasting process. Bennett accepted Cabral's offer.

13. After initially outsourcing the sandblasting to another company, Ransbottom eventually took over the sandblasting process entirely, with the assistance and instruction of Rutland

Marble and Granite, Inc., an Americraft vendor at the time.

14. In March 1998, Cabral and Ransbottom's then-President, Peter Petratsas, signed a contract (attached hereto as Exhibit A) appointing Americraft a sales representative for personalized products to mail order catalogs. The contract specified that Americraft was an independent contractor, established Americraft's territory as "sale of personalized products to mail order catalogs," and provided for the payment of commissions on Americraft's sales.

15. In addition, the defendants agreed to pay Americraft a royalty of three percent on sales of all products bearing dog breed silhouettes.

16. Since 1998, Americraft has provided original graphic designs to the defendants for sandblasting onto stoneware crocks.

17. Since 1998, virtually all of the Ransbottom catalog accounts that sell sandblasted crocks have been created by Americraft. Such catalog accounts include, but are not limited to, Grill Lovers, Brookstone, Casual Living, Country Store, HSN/Improvements, LL Bean, Lighthouse Depot, Personal Creations, Potpourri, Solutions, Sportsman's Market, and Wind and Weather.

18. In 2003, Cabral learned that, in violation of the terms of his contract, the defendants used other sales representatives to create accounts with the Eddie Bauer and Swiss Colony catalogs for sandblasted crocks.

19. When Cabral complained to Mateja about the defendants' use of other sales representatives, Mateja informed Cabral that Ransbottom needed to use other sales representatives in order to get more business.

20. On February 13, 2003, Cabral applied to the Register of Copyrights for a Certificate of Registration for approximately 49 graphic designs. A true and accurate copy of the Certificate of Registration (Registration Number VAu 554-880) issued by the U.S. Copyright Office to Americraft on March 3, 2003 is attached hereto as Exhibit B.

21. On January 22, 2004, Cabral applied to the Register of Copyrights for a Certificate of Registration for six additional graphic designs. A true and accurate copy of that application is attached hereto as Exhibit C. That application is still pending.

22. Pursuant to the termination clause in his contract with the defendants, on January 22, 2004, Cabral gave thirty days' written notice that he did not wish to renew his contract. In that letter, Cabral advised Fortier that the defendants must stop producing crocks bearing Americraft's proprietary graphic designs.

23. On March 4, 2004, Cabral sent Fortier a cease and desist letter demanding that Ransbottom stop its infringement of Americraft's copyrights.

24. The defendants have not agreed to cease and desist their copyright infringement. On information and belief, the defendants have continued to sell and manufacture crocks bearing Americraft's proprietary graphic designs.

## COUNT I
### (Breach of Contract)

25. The plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 24 as if fully set forth herein.

26. In 2003, in violation of the territory provision of their contract with the plaintiffs, the defendants used sales representatives other than Americraft for the sale of personalized products to mail order catalogs, including the Eddie Bauer catalog and the Swiss Colony catalog.

27. In violation of their agreement with the plaintiffs, the defendants have failed to pay the plaintiffs a three percent royalty on sales of all items bearing the copyrighted dog breed silhouettes.

28. The defendants' breach has caused injury to the plaintiffs.

## COUNT II
### (Copyright Infringement)

29. The plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 28 as if fully set forth herein.

30. Between 1998 and 2004, the plaintiffs created more than fifty original works of authorship and fixed them in tangible media of expression.

31. The plaintiffs have complied in all respects with 17 U.S.C. § 101 et seq., and all other laws governing copyright, and have secured or are in the process of securing the exclusive rights and privileges in and to the copyright of the graphic designs they created, and Americraft is the sole owner of all right, title and interest in same.

32. Since March 1, 2004, the plaintiffs have not authorized the defendants to reproduce, distribute, manufacture, advertise or sell the copyrighted graphic designs or any product containing portions thereof.

33. Since March 1, 2004, the defendants have deliberately and wilfully infringed, and will

continue to infringe, Americraft's copyrights in the graphic designs by manufacturing, printing, promoting, advertising, and selling copies of those designs.

34. By reason of the foregoing, Cabral and Americraft have been damaged and will continue to be damaged, and have been caused and will continue to be caused irreparable injury, unless the defendants are enjoined by this Court.

## COUNT III
### (Unfair Competition in Violation of the Lanham Act, 15 U.S.C. § 1125(a))

35. The plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 34 as if fully set forth herein.

36. The defendants manufacture and sell products in interstate commerce bearing Americraft's copyrighted graphic designs.

37. The defendants' manufacture and sale of products bearing the copyrighted graphic designs is likely to cause confusion, mistake, or deception of both the catalog buyers and the ultimate consumers of those products regarding the origin, sponsorship or approval of those products.

38. Cabral and Americraft have been, and will continue to be, damaged by these acts.

## COUNT IV
### (Unfair Trade Practices in Violation of G.L. c. 93A, §§ 2, 11)

39. The plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 38 as if fully set forth herein.

40. The defendants' willful, knowing and deliberate choice to continue to manufacture products bearing Americraft's copyrighted graphic designs, and to sell such products to the catalog accounts created by Americraft, constitutes an unfair and deceptive act or practice in the conduct of trade or commerce.

41. The defendants' unfair and deceptive acts and practices have damaged the plaintiffs in violation of M.G.L. 93A.

## COUNT V
### (Injunctive Relief)

42. The plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 41 as if fully set forth herein.

43. The foregoing acts by the defendants have caused and will cause irreparable harm to the plaintiffs that cannot be adequately remedied by money damages.

WHEREFORE, the plaintiffs demand:

A. that judgment for damages, including statutory damages pursuant to 17 U.S.C. § 101 et seq., be entered for an amount to be determined at trial, pursuant to Counts I-IV;

B. that judgment for multiple damages, costs and reasonable attorney's fees be awarded pursuant to Count IV;

C. that the defendants be required to destroy all existing stoneware crocks bearing Americraft's proprietary graphic designs; that the defendants be enjoined from selling crocks bearing the proprietary graphic designs, pursuant to Counts II-IV;

D. that the defendants, at their own expense, be directed to permit and pay for an immediate, full and complete accounting for all sales using Americraft's proprietary graphic designs;

E. that an injunction issue pursuant to Counts II-V requiring that the defendants discontinue the manufacturing, printing, promotion, advertising, sale and distribution of stoneware crocks bearing Americraft's proprietary graphic designs; that the defendants be required to inform each of their catalog accounts that Ransbottom is no longer associated in any way with Americraft and that all future orders should be made with Americraft; that the defendants be barred from using Americraft's proprietary graphic designs; that the defendants refrain from soliciting or otherwise contacting the plaintiffs' customers, vendors, and employees; and

F. such other relief as this Court deems just and reasonable.

The plaintiffs demand a trial by jury on all counts so triable.

Respectfully submitted,

ROBERT M. CABRAL, JR. and
THE GIFT BROKERS, INC., d/b/a
AMERICRAFT: THE GIFT BROKERS, INC.,
Plaintiffs,
By their attorneys,
The Law Firm of Edward F. Berlin,

By: _____
Edward F. Berlin, BBO # 039900
Cole A. Thaler, BBO # 654904
278 Main Street, Suite 205
Greenfield, MA 01301-3302
Telephone   (413) 774-4800
Facsimile    (413) 774-4803

Dated: 3/26/04

**The Robinson Ransbottom Pottery company**

CROWN BRAND
FOUNDED 1900

P.O. BOX 7
ROSEVILLE, OHIO 43777
PHONE 614-697-7355
FAX 614-697-0475

EXHIBIT A

ROBINSON RANSBOTTOM POTTERY SALES AGENCY AGREEMENT

1. Appointment. This will confirm the appointment of Americraft, The Gift Brokers, Inc., located at 210 Lockes Village Rd., Wendell, MA 01379 (the "Agent"), as sales representative for The Robinson Ransbottom Pottery Company (the "Company") located at County Road 32, Roseville, Oh 43777 (the "Company"). Agent will use her/his best effort to sell and promote the products of Company and will devote such time as may be reasonably necessary for that purpose.

2. Term. This agreement will be in force for a period of one year, commencing March 1, 1998, and shall be automatically renewed for successive one year periods unless notice of termination is given by either Agent or Company with thirty days written notice. Notice of termination may be delivered only by certified mail, return receipt requested, to the addresses indicated above.

3. Territory. Sale of Personalized Products to Mail Order Catalogs. During the term of this agreement, if a marketer to which Americraft has presented a Personalized Product issues a bona fide purchase order for this product or any modification of design, the Company shall not contact that marketer for any personalized product except through Americraft for three years from the date of the original purchase order.

Certain accounts in Agent's territory may be excluded, while other accounts outside Agent's territory may be included in Agent's sales assignments.

4. Order Acceptance. Company will have the absolute right in the reasonable exercise of its discretion to accept or refuse orders procured by Agent, to ship or refuse to ship merchandise described therein, to make allowances and adjustments, and to accept returns of any shipments. Prices for Company's products will be established solely by the Company, which will also be responsible for billing customers whose orders it accepts.

5. Sales Commission. A commission will be paid on the net sales of Company's products made by Agent at the rate of 10%. Net sales are defined as the gross sales price of merchandise excluding freight, packaging, discounts, returns, claims, allowances and bad debts.

By mutual concent the commission rate may change under certain circumstances including, but not limited to orders that are written inside and shipped out of your territory, or on orders that are written outside and shipped into your territory. In addition, there may be accounts in Agent's territory for which a special commission is paid. Company will notify Agent, under separate cover, providing the names of those accounts and the commission rate to be paid for them.

Commissions paid on shipments for which full payment is not received within 90 days of receipt by customer will be deducted from Agent's future commissions. Commissions will be credited back to Agent for payments received after 90 days, net of collection costs.

Agent will receive notice of impending delinquencies beginning with invoices that are aged 30 days and will be given the opportunity to assist company in collection payment.

Sales commission due Agent will be paid by Company 15 days after the end of the month in which an order is shipped.

In the event of the termination of this Agreement, commission will be paid to Agent under the foregoing conditions for all orders which are subsequently accepted and shipped by Company. Commissions for orders accepted within the 30 day period prior to termination and shipped after the date of termination will be paid to Agent except that 50% of the commission will be held for a period of up to 90 days pending payment by customer and subject to the return in good order of property of record belonging to Company as defined in Paragraph 6 herein.

6. Confidential Information and Samples. Any information in Agent's possession regarding Company's business will be treated as confidential property and will not be communicated by Agent to a third party without Company's prior written consent.

Upon termination of this Agreement, all samples, catalogs and price lists issued by or on Company's behalf will be promptly returned to Company by Agent, as well as any other records pertaining to designs, customers or company's business in general.

Company will provide Agent with product samples that will be billed pro-forma at 50% of the published wholesale selling price. Agent will be expected to maintain samples in good condition and notify company of their loss or damage. Agent will be required to obtain Company's written approval before samples are sold to a third party.

7. Independent Contractor. For the purpose of this Agreement, Agent will be considered an independent contractor and shall not have the authority to create obligations that bind Company

[handwritten margin note: w/out its prior consent.]

8. Non-transferable Rights. The right to represent Company granted to Agent herein is not transferable. Agent will provide Company with the names and territorial assignments of all current partners and associates and will notify Company of personnel changes as they may effect Company. Company retains the right to approve any such change in the representation of its product line.

9. Entire Agreement. This Agreement contains the entire understanding between Agent and Company and supercedes all previous written and oral agreements. There are no other agreements, representations or guarantees which are not contained within this Agreement . This Agreement may be amended only in a writing signed by both of the parties hereto.

10. Governing Law. This agreement shall be governed by and interpreted in accordance with the laws of the State of Ohio.

11. Acceptance. To indicate approval of and agreement with all provisions of this Agreement, the parties hereto have signed in the spaces provided below.

AGREED AND ACCEPTED

The Robinson Ransbottom Pottery Company

By: _Peter Petratoas_

Date: _3/16/98_

AGREED AND ACCEPTED

Americraft, The Gift Brokers, Inc.

By: _[signature]_, President

Date: _3/12/1998_

EXHIBIT B

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 554-880**

EFFECTIVE DATE OF REGISTRATION

3 - 3 - 03
Month  Day  Year

OFFICIAL SEAL    DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  Title of This Work ▼
The Gift Brokers, Inc 2003 Stencil Art Collection

NATURE OF THIS WORK ▼ See Instructions
Graphic art stencils for personalization

Previous or Alternative Titles ▼
None

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**  NAME OF AUTHOR ▼
a The Gift Brokers, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
    { Domiciled in U.S.A.

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map         ☐ Technical drawing
☒ 2-Dimensional artwork        ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

Name of Author ▼
b

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
    { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map         ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed
2003   Year    This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____   Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
The Gift Brokers, Inc.
210 Lockes Village Road, Wendell, MA 01379

APPLICATION RECEIVED
MAR 03 2003
ONE DEPOSIT RECEIVED
MAR 03 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Robert M. Cabral, President
The Gift Brokers, Inc.
210 Lockes Village Road, Wendell, MA 01379

b

Area code and daytime telephone number  (978) 544-7330        Fax number  (978) 544-2771
Email Bob@americraft.us

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                            check only one ▶  ☒ author
                                              ☐ other copyright claimant
                                              ☐ owner of exclusive right(s)
                                              ☐ authorized agent of _____
                                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert M. Cabral                                    Date  Feb. 13, 2003

Handwritten signature (X) ▼
X _[signature]_

Certificate will be mailed in window envelope to this address:

Name ▼
Robert M. Cabral
Number/Street/Apt ▼
210 Lockes Village Road
City/State/ZIP ▼
Wendell, MA 01379

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 2 Gallon Crock Stencil Art
The Grill Lover's Catalog © 2003

**AMERICRAFT**
THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US

#1 Bar-B-Que



#2 Filling Station



#3 Bar & Grill



#4 Holiday Tradition

# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 2 Gallon Crock Stencil Art Solutions Catalog © 2003



THE GIFT BROKERS, INC.

AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US



#5 Pineapple



#6 Kitchen



#7 Butterflies



#8 Heart



#9 Acorns



#10 Wasp Head

Page 3 of 18

# The Gift Broker's Inc. 2003 Stencil Art Collection
Personalized Various Crocks Stencil Art Solutions Catalog Set #2  © 2003



THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US



#11 Dragon Flies





#12 Leaf



#13 Treats Type B



#14 2 Line Mix Bowl



#13, 3 Line Terra Cotta

# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 2 Gallon Crock Stencil Art
Dog Breed Silhouettes, set one © 2003

**AMERICRAFT**

THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US

## Dog Silhouettes

| | | |
|---|---|---|
| Affenpinscher | Chow Chow | Griffon, Wirehaired Pointing |
| Akita | Collie, Bearded | Hound, Afghan |
| American Eskimo Dog | Collie, Border | Hound, Basset |
| Basenji | Collie, Rough | Hound, Pharoah |
| Beagle | Collie, Smooth | Huskey, Siberian |
| Bichon Frise | Coonhound, Blk&tan | Keeshond |
| Bloodhound | Corgi, Cardigan Welch | Kuvasz |
| Borzoi | Corgi, Pembroke Welch | Lhasa Apso |
| Bouvier des Flandres | Dachshund, Long Haired | Malamute, Alaskan |
| Boxer | Dachshund Smooth | Malinois, Belgian |
| Briard | Dachshund, Wirehaired | Maltese |
| Brittany | Dalmatian | Mastiff |
| Bulldog | Deerhound, Scottish | Mountain Dog, Bernese |
| Bulldog, French | Elkhound Norwegian | Newfoundland |
| Bullmastiff | Great Dane | Otterhound |
| Cattledog, Australian | Great Pyrenees | Papillon |
| Chihuahua, Smooth Coat | Greyhound | Pekingese |
| Chin, Japanese | Greyhound, Italian | Pinscher, Doberman |
| Chinese Crested | Griffon Vendeen, Petit Bas | Pinscher, Miniature |
| Chinese Shar-pei | Griffon, Brussels | Pitbull |

#Dog Breeds #16

# The Gift Broker's Inc. 2003 Stencil Art Collection
## Personalized 2 Gallon Crock Stencil Art
## Dog Breed Silhouettes, set two © 2003



THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US

**Dog Silhouettes**

| Breed | | Breed | | Breed |
|---|---|---|---|---|
| Pointer | | Setter, English | | Terrier, Australian |
| Pointer, German Shorthair | | Setter, Gordon | | Terrier, Bedlington |
| Pomeranian | | Setter, Irish | | Terrier, Border |
| Poodle, Standard | | Sheepdog, Belgian | | Terrier, Boston |
| Poodle, Toy | | Sheepdog, Old English | | Terrier, Bull |
| Pug | | Sheepdog, Shetland | | Terrier, Cairn |
| Retriever, Chesapeake Bay | | Shepherd Dog, German | | Terrier, Dandie Dinmont |
| Retriever, Curly Coated | | Shepherd, Australian | | Terrier, Fox (Smooth) |
| Retriever, Flat-coated | | Shiba Inu | | Terrier, Fox (Wire) |
| Retriever, Golden | | Shih Tzu | | Terrier, Irish |
| Retriever, Labrador | | Spaniel, American Water | | Terrier, Jack Russell |
| Rhodesian Ridgeback | | Spaniel, Cavalier King Cha | | Terrier, Kerry Blue |
| Rottweiler | | Spaniel, Clumber | | Terrier, Lakeland |
| Saint Bernard | | Spaniel, Cocker | | Terrier, Norfolk |
| Saluki | | Spaniel, English Cocker | | Terrier, Norwich |
| Samoyed | | Spaniel, English Springer | | Terrier, Scottish |
| Schipperke | | Spaniel, Field | | Terrier, Sealyham |
| Schnauzer, Giant | | Spaniel, Tibetan | | Terrier, Silky |
| Schnauzer, Miniature | | Terrier, Airedale | | Terrier, Skye |
| Schnauzer, Standard | | Terrier, American Stafford | | Terrier, Soft Coated Wheaten |

# Dog Breeds #17

# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 2 Gallon Crock Stencil Art
Dog Breed Silhouettes, set three © 2003

**AMERICRAFT**

THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US

## Dog Silhouettes

| Breed | | Breed | |
|---|---|---|---|
| Terrier, Australian | | Terrier, Soft Coated Wheaten | |
| Terrier, Bedlington | | Terrier, Tibetan | |
| Terrier, Border | | Terrier, Welsh | |
| Terrier, Boston | | Terrier, West Highland Wh | |
| Terrier, Bull | | Terrier, Yorkshire (Yorkie) | |
| Terrier, Cairn | | Tervuren, Belgian | |
| Terrier, Dandie Dinmont | | Vizsla | |
| Terrier, Fox (Smooth) | | Water Dog, Portuguese | |
| Terrier, Fox (Wire) | | Weimaraner | |
| Terrier, Irish | | Whippet | |
| Terrier, Jack Russell | | Wolfhound, Irish | |
| Terrier, Kerry Blue | | | |
| Terrier, Lakeland | | | |
| Terrier, Norfolk | | | |
| Terrier, Norwich | | | |
| Terrier, Scottish | | | |
| Terrier, Sealyham | | | |
| Terrier, Silky | | | |
| Terrier, Skye | | | |

#Dog Breeds #18

# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 2 Gallon Crock Stencil Art © 2003
Brookstone Catalog



THE GIFT BROKERS, INC
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US



#19 Oak Leaf Cluster

#20 Eagle





#21 Stars