# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 1 Gallon Crock
& Pet Feeder Stencil Art
Cabella's Catalog

© 2003



THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US





#22 Treats Type A

**BRUNO**



#23 Pet Feeder Type A

# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 2 Gallon Crock Stencil Art
Improvements Catalog © 2003

**AMERICRAFT**
THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US



#24 Three Line Fleurs de Lis ++



#25 Numbers Fleurs de Lis



#26 Est. Fleurs de Lis

# The Gift Broker's Inc. 2003 Stencil Art Collection
## Personalized Various Crock Stencil Art
## LL Bean Catalog
© 2003

**AMERICRAFT**

THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US



#27 Pinecones



#28 Bed & Breakfast



#29 Pine Tree Scene



#30 Breed w/ Name & Est.



#31 Name Kitchen Crock

#32 Breed Feeder Type A



#33 Name Water Cooler

# The Gift Broker's Inc. 2003 Stencil Art Collection
Personalized 2 Gallon Crock Stencil Art
Country Store Catalog  © 2003



**THE GIFT BROKERS, INC.**
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US



#34 Daisys

LL Bean Catalog



#35 Moose

Case 3:04-cv-30062-MAP   Document 1-2   Filed 03/29/2004   Page 5 of 15

# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 2 Gallon Crock Stencil Art
Lighthouse Depot Catalog © 2003

**AMERICRAFT**
THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US



# 36 Hatteras Lite



# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 2 Gallon Crock Stencil Art
Plow & Hearth Catalog
© 2003

**AMERICRAFT**

THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US

## HAMILTON
## 6459
### Highland Dr.

#37 Oak and Acorn Side Treatment

## HAMILTON
## 6459
### Highland Dr.

#38 Oak and Acorn Top Treatment

# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 2 Gallon Crock Stencil Art
Of Ships and Sea Catalog © 2003

**AMERICRAFT**
THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US



#39 Anchors



#40 Schooner Lighthouse Scene



#41 Schooner

# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 2 Gallon Crock Stencil Art © 2003
Paragon Catalog

**AMERICRAFT**
THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US



#42 Script Name Kitchen Crock




#43 Rooster Monogram Kitchen Crock

# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 2 Gallon Crock Stencil Art © 2003

Potpourri & Catalog Ventures Catalogs

**AMERICRAFT**
THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US



#44 Diamond

Early Winters Catalog

 

#45 Mountain Cabin Scene

# The Gift Broker's Inc. 2003 Stencil Art Collection
Personalized 2 Gallon Crock Stencil Art
Norm Thompson Catalog © 2003

**AMERICRAFT**
THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US




#46 Plaque Layout (reverse)




#47 Oval Layout (reverse)

# The Gift Broker's Inc. 2003 Stencil Art Collection

Personalized 2 Gallon Crock Stencil Art
Waterfront Living Catalog © 2003



**AMERICRAFT**
THE GIFT BROKERS, INC.
AMERICRAFT
800-866-2723
Fax 978-544-2771
e-mail: Bob@Americraft.US



#48 Vertical Anchors




#49 Schooner Spiral Lighthouse Scene

# AMERICRAFT

**THE GIFT BROKERS, INC.**
*Catalog Merchandise Since 1978*


EXHIBIT C

January 22, 2004

Register of Copyrights
Copyright Office
Library of Congress
101 Independence Ave, S.E.
Washington, DC 20059

Dear Sir or Madam,

Kindly acknowledge the receipt of the enclosed (1) Copyright Registration Application for a work bearing the title: The Gift Brokers, Inc. 2004 Stencil Art Collection. A 1 page specimen copy of the work is attached to the application; This cover letter (1 page), a check in the amount of $30.00 filing fees for the application: and, a return receipt card, by stamping this enclosed card with the receipt date and returning it to the undersigned.

Thank you for your help, we appreciate it.

Sincerely,


Robert M. Cabral, Jr.
*President*

---

210 LOCKES VILLAGE ROAD • WENDELL, MASSACHUSETTS • 01379
(978) 544-7330 FAX (978) 544-2771   E-mail: Bob@Americraft.us

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

_____

VA _____   VAU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼: The Gift Brokers, Inc 2003 Stencil Art Collection
NATURE OF THIS WORK ▼ See instructions: Graphic art stencils for personalization

Previous or Alternative Titles ▼: None

Publication as a Contribution: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼
a. The Gift Brokers, Inc.
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in U.S.A.

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship   Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☒ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b. Name of Author ▼
Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship   Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a. Year in Which Creation of This Work Was Completed: 2004
This information must be given in all cases.
b. Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____   Nation _____

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
The Gift Brokers, Inc.
210 Lockes Village Road, Wendell, MA 01379

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Robert M. Cabral, President
The Gift Brokers, Inc.
210 Lockes Village Road, Wendell, MA 01379

b

Area code and daytime telephone number  (978) 544-7330       Fax number  (978) 544-2771
Email  Bob@americraft.us

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶  { ☒ author
                   ☐ other copyright claimant
                   ☐ owner of exclusive right(s)
                   ☐ authorized agent of _____
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert M. Cabral                                    Date January 22, 2004

Handwritten signature (X) ▼
X _____

**Certificate will be mailed in window envelope to this address:**
Name ▼  Robert M. Cabral
Number/Street/Apt ▼  210 Lockes Village Road
City/State/ZIP ▼  Wendell, MA 01379

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



# The Gift Brokers, Inc
# ©2004 Stencil Art Collection

Robert M. Cabral, Jr.
President
800-866-2723
Fax 978-544-2771
e-mail: bob@americraft.us



Personal Creations Catalog
Basket, Twin Oaks



Sporty's Catalog
Star Flourish, Falling Oak Leaf with Acorns



Country Store Catalog
Floral Motif



State Line Tack Catalog
Mare And Foal