FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30062-MAP

| | |
|---|---|
| ROBERT M. CABRAL, JR., ET AL., ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE ROBINSON RANSBOTTOM ) <br> POTTERY COMPANY, INC., ET AL., ) <br> Defendants ) | **NOTICE OF DISMISSAL AND** <br> **JUDGMENT ENTRY** |

The undersigned attorney for the Plaintiffs hereby gives notice under Fed.R.Civ.P. 41(a)(1) that this case is settled and dismissed with prejudice as against all parties with each party to bear its own costs, and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

ROBERT M. CABRAL, JR. and THE GIFT
BROKERS, INC., d/b/a AMERICRAFT: THE GIFT
BROKERS, INC.,
Plaintiffs, By their attorneys,
The Law Firm of Edward F. Berlin,

By: _____
Edward F. Berlin, BBO # 039900
Cole A. Thaler, BBO # 654904
278 Main Street, Suite 205
Greenfield, MA 01301-3302
Telephone   (413) 774-4800
Facsimile   (413) 774-4803

Dated: 8/3/04

IT IS SO ORDERED:

_____
Judge       8·16·04